UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                          *
                                *
TROY LITTLE                     *    CHAPTER 13 PROCEEDING
SSN: XXX-XX-0717                *    CASE NO.: 18-30686
    Debtor                      *
*****************************
*******************************************************************************

### (AMENDED)* APPLICATION TO SELL REAL ESTATE & FOR COMPENSATION

Now comes the debtor, **TROY LITTLE,** by and through his attorney of record who applies to sell real property and for compensation and in support thereof shows the following:

1. The debtor filed a Chapter 13 Proceedings on May 1, 2018. Among the assets in the petition was a house and lot at 2910 Mayflower Road in Charlotte, North Carolina 28208. That the tax value on the property is $61,400.00.*

2. On June 19, 2018, Hallmark Building Corporation, offered to buy the property for the sum of $100,000.00. According to the realtor, this is the fair market value of the real estate.

3. The property has one (1) lien, in favor of Mecklenburg County Tax Collector with a balance of $4,473.53.

4. A copy of the offer to purchase and contract is attached at Exhibit "A" incorporated herein by referenced.

5. As a result of the sale, the debtor will be entitled to approximately $88,000.00 after paying attorney's fees for the closing attorney, real estate commission and reasonable attorney fees incurred in bringing this action. The debtor proposes to distribute the funds as follows:

    (a)    The debtor proposes to pay-off the bankruptcy and escrow with the trustee $46,000.00.
    (b)    The debtor also seeks to reserve $20,000.00 to cover federal and state taxes.
    (c)    The balance of the sales proceeds shall be the property of the debtor approximately $18,000.00.

**WHEREFORE,** the debtor prays for the following:

1. That the property be sold under the terms of the sales contract.
2. That the Court issues an Order awarding presumptive fees of $450.00 + $30.00 cost for the presumptive fee action. Those funds shall be paid from the sales proceeds

This the 22nd day of June, 2018.

_____
Sandra U. Cummings
The Cummings Law Firm, P.A.
Attorney for the Debtor
1230 W. Morehead Street, Suite 404
Charlotte, North Carolina 28208
Telephone: (704) 376-2853
North Carolina State Bar #: 7678

UNITED STATES BANKRUPTCY COURT DIVISION
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| TROY LITTLE | * | CHAPTER 13 PROCEEDING |
| SSN: XXX-XX-0717 | * | CASE NO.: 18-30686 |
| | * | |
| | * | (AMENDED) * |
| | * | CERTIFICATE OF SERVICE |
| Debtor | * | |
| | * | |

*******************************************
*****************************************************************************

I hereby certify that I have this day served the following persons with a copy of the foregoing **(AMENDED) \***
**APPLICATION TO SELL REAL ESTATE AND COMPENSATION** by depositing a copy of same by Regular Mail / Electronic Filing, in the manner prescribed by Rule 5 of the Rules of Civil Procedure:

Mr. Warren L. Tadlock
Standing Trustee
5970 Fairview Road, Suite 650
Charlotte, NC 28210-2100

Mr. Troy Little
3525 Merrill Place
Charlotte, NC 28216

Troy Little
c/o Geretha Thomas
1605 Merry Oak Road
Apt. C
Charlotte, NC 28205

(SEE ATTACHED MATRIX)

This the 22 day of June, 2018.

THE CUMMINGS LAW FIRM, P.A.
ATTORNEY FOR THE DEBTOR(S)
1230 WEST MOREHEAD STREET, SUITE 404
CHARLOTTE, NORTH CAROLINA 28208
TELEPHONE: (704) 376-2853
NORTH CAROLINA STATE BAR #: 7678

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 18-30686<br>Western District of North Carolina<br>Charlotte<br>Wed Jun 20 12:40:35 EDT 2018 | American Express<br>P.O. Box 36002<br>Ft. Lauderdale, FL 33336-0001 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Brock & Scott, PLLC<br>5431 Oleander Drive<br>Suite 200<br>Wilmington, NC 28403-5857 | Chase Card<br>Bankruptcy Department<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citi Cards/Citibank<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 |
| City County Tax Collector<br>Tax Bankruptcy Section<br>P.O. Box 31637<br>Charlotte, NC 28231-1637 | Credit First NA/Firestone<br>PO Box 81083<br>Cleveland, OH 44181 | Sandra U. Cummings<br>The Cummings Law Firm, P.A.<br>1230 W. Morehead Street, Suite 404<br>Charlotte, NC 28208-5210 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Federal National Mortgage Association, Fanni<br>Seterus, Inc.<br>14523 SW Millikan Way<br>Ste 200<br>Beaverton, OR 97005-2352 |
| First Tennessee Bank<br>300 Court Street<br>Memphis, TN 38103-2314 | I.C. Systems Inc<br>P.O. Box 64387<br>Saint Paul, MN 55164-0437 | Internal Revenue Service<br>Bankruptcy Section<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Neil D. Jonas<br>Brock & Scott, PLLC<br>8757 Red Oak Blvd<br>Suite 150<br>Charlotte, NC 28217-3977 | Troy Little<br>Ann Thomas<br>1605 Merry Oaks Road<br>Apt. C<br>Charlotte, NC 28205-3872 |
| Mecklenburg County Tax Collector<br>Tax Bankruptcy Section<br>P.O. Box 31637<br>Charlotte, NC 28231-1637 | NC Dept of Revenue<br>P.O. Box 1168<br>Bankruptcy Unit<br>Raleigh, NC 27602-1168 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| PMAB, LLC<br>4135 Southstream Blvd.<br>Suite 400<br>Charlotte, NC 28217-4636 | Paragon Revenue Group<br>P.O. Box 127<br>Concord, NC 28026-0127 | Preferred Credit<br>P.O. Box 1679<br>Saint Cloud, MN 56302-1679 |
| Premiere Properties Inc.<br>2910 Mayflower Rd.<br>Charlotte, NC 28208-7026 | Seterus, Inc.<br>14523 SW Millikan Way<br>Ste 200<br>Beaverton, Oregon 97005-2352 | Seterus, Inc.<br>P. O. Box 1077<br>Hartford, CT 06143-1077 |
| Shell/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O.Box 41021<br>Norfolk, VA 23541-1021 | TD Bank USA/Target Credit<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 |

| | | |
|---|---|---|
| THD/CBNA<br>P.O.Box 6497<br>Sioux Falls, SD 57117-6497 | Warren L. Tadlock<br>5970 Fairview Road, Suite 650<br>Charlotte, NC 28210-2100 | The Charlotte-Mecklenburg Hospital Authority<br>PO Box 71108<br>Charlotte, NC 28272-1108 |
| United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1675 | Wells Fargo Financial Cards<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     1<br>Total                  35 |