UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 13 |
| Troy Little | ) | |
| | ) | Case # 18-30686 |
| | ) | |
| SSAN/Tax I.D.#    xxx-xx-0710 | ) | |
| Debtor(s) | ) | |

### RESPONSE OF TRUSTEE TO AMENDED MOTION FOR AUTHORITY TO SELL REAL PROPERTY

The undersigned Chapter 13 trustee responds to the amended motion of the above-referenced Chapter 13 debtor for authority to sell real property and requests that a hearing be held on the motion.

In support of his response the trustee would show that while he does not anticipate opposing the proposed sale itself, he does request that he receive a copy of the settlement statement within five (5) days of the closing of the contract; that a hearing be scheduled regarding the status of the sale; and that all of the net proceeds of sale be held in escrow pending the passage of the claims bar dates and the final determination of the debtor's actual capital gains tax liabilities resulting from the sale.

Wherefore, the trustee respectfully requests that the Court hold a hearing on the debtor's amended motion, and that it grant such relief as is appropriate and just.

Dated this the 29th day of June, 2018.

Warren L. Tadlock
Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, N.C. 28210
(704) 372-9650

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
Troy Little

CASE NO: 18-30686

SSN#: XXX-XX-0710

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the response of Trustee to amended motion for authority to sell real property has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid.

Dated: July 02, 2018

L. Pascal  
Office of the Chapter 13 Trustee

Troy Little, Ann Thomas, 1605 Merry Oaks Road, Apt. C, Charlotte, NC 28205

Total Served: 1