

FILED & JUDGMENT ENTERED
Steven T. Salata

September 10 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| TROY LITTLE | * | CHAPTER 13 PROCEEDING |
| SSN: XXX-XX-0710 | * | CASE NO.: 18-30686 |
| | * | |
| Debtor | * | |

### ORDER APPROVING THE SALE OF REAL ESTATE & FOR COMPENSATION

**THIS CAUSE CAME ON TO THE HEARD** and was heard before the undersigned judge presiding over the United States Bankruptcy Court on debtor's application to approve the sale of real estate & for compensation.

1. The debtor filed a Chapter 13 Proceeding on May 1, 2018. Among the assets listed was a house and lot at 2910 Mayflower Road in Charlotte, North Carolina 28208.

2. On June 19, 2018, Hallmark Building Corporation, offered to purchase the property for approximately $100,000.00. The tax value on the property is $61,400.00

3. As a result of this sale, the debtor will be entitled to approximately $81,000.00. The seller will be responsible for paying the attorney for the debtor.

**BASED ON THE FOREGOING** the Court concludes as follows:

4. It is in the best interest of all parties that the property be sold. The property should be sold pursuant to the Contract.

5. The attorney for the debtor is entitled to a non-base fee.

**THEREFORE IT IS ORDERED** as follows:

6. The property shall be sold pursuant to the Contract.

7. The attorney for the debtor is awarded a non-base fee of $900.00 + $60.00 cost. That attorney for the debtor, Sandra U. Cummings at 1230 W. Morehead Street, Suite 404 in Charlotte, North Carolina 28208, shall be paid at closing by closing agent or attorney. In the event the property does not sell, the attorney for the debtor shall be paid by the trustee through the plan.

8. The closing agent shall pay Discover Bank and Midland Funding from sales proceeds in connection with their judgment.

9. The closing agent shall send the trustee, Warren L. Tadlock, at 5970 Fairview Road, Suite 650, Charlotte, North Carolina 28210-2100, a copy of the closing statement and all sales proceeds except $5,000.00 within five (5) days of the closing.

10. The closing agent shall pay the debtor the $5,000.00 in sales proceeds from the closing.

11. A status hearing will be held on November 13, 2018 at 11:30 a.m. to see if the property sold and to discuss the sales proceeds.

This Order has been signed electronically.        United States Bankruptcy Court
The judge=s signature and court=s seal
appear at the top of the Order.